| AO 10 Rev. 1/2019 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2018 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Ryu, Donna M. | 2. Court or Organization United States District Court; Northern District of Californi | 3. Date of Report 07/31/2019 |
|---|---|---|
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Magistrate Judge, Full-Time | **5a. Report Type (check appropriate type)** ☐ Nomination   Date ☐ Initial   ☑ Annual   ☐ Final **5b.** ☐ Amended Report | **6. Reporting Period** 01/01/2018 to 12/31/2018 |

**7. Chambers or Office Address**

United States District Court
1301 Clay Street
Oakland, CA 94612

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Co-Trustee | Revocable Trust Agreement re family member's estate |
| 2. | Lecturer | University of California, Berkeley Law School |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | July 2002 | University of California Retirement Plan (pension on retirement) |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. Jan-Dec | University of California, Berkeley Law School | $4,428.76 |
| 2. Jan-Dec | University of California Retirement System (pension payments) (see Part II) | $20,192.62 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ryu, Donna M. | 07/31/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ryu, Donna M. | 07/31/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | | | | | | | | | |
| 2. | | | | | | | | | |
| 3. | | | | | | | | | |
| 4. TIAA- CREF 529 College Savings Plan (H) | | | | | | | | | |
| 5. -Age Based Portfolio - 18 & Over Index | A | Int./Div. | J | T | | | | | |
| 6. | | | | | | | | | |
| 7. Wells Fargo Bank Accounts | A | Int./Div. | J | T | | | | | |
| 8. | | | | | | | | | |
| 9. Provident Credit Union Accounts | A | Int./Div. | J | T | | | | | |
| 10. | | | | | | | | | |
| 11. Capitolone Accounts | A | Int./Div. | L | T | | | | | |
| 12. | | | | | | | | | |
| 13. Brokerage--Indiv. TOD Renamed to Trust (H) | | | | | | | | | |
| 14. -Wilshire Large Company Growth Fund (DTLGX) | A | Dividend | J | T | Buy (add'l) | 12/17/18 | J | | |
| 15. -Wilshire Large Cap Core Fund (WLCTX) | A | Dividend | J | T | Buy (add'l) | 12/17/18 | J | | |
| 16. | A | Dividend | J | T | Buy (add'l) | 12/28/18 | J | | |
| 17. -Wilshire Small Company Growth Fund (DTSGX) | A | Int./Div. | J | T | Buy (add'l) | 12/17/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ryu, Donna M. | 07/31/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Wilshire Small Company Value Fund (DTSVX) | A | Int./Div. | J | T | Buy (add'l) | 12/17/18 | J | | |
| 19. -Wilshire Large Company Value Fund (DTLVX) | A | Int./Div. | J | T | Buy (add'l) | 02/28/18 | J | | |
| 20. | A | Int./Div. | J | T | Buy (add'l) | 12/17/18 | J | | |
| 21. | A | Int./Div. | J | T | Buy (add'l) | 12/28/18 | J | | |
| 22. -Wilshire Income Fund (WIORX) | A | Dividend | J | T | Buy (add'l) | 12/28/18 | J | | |
| 23. -Fidelity Spartan 500 Index Fund (FUSVX) | A | Dividend | | | Sold | 08/02/18 | J | A | |
| 24. -Fidelity US Bond Index Fund (FSITX) | A | Dividend | | | Buy (add'l) | 01/03/18 | J | | |
| 25. | A | Dividend | | | Buy (add'l) | 02/02/18 | J | | |
| 26. | A | Dividend | | | Buy (add'l) | 03/02/18 | J | | |
| 27. | A | Dividend | | | Buy (add'l) | 04/02/18 | J | | |
| 28. | A | Dividend | | | Buy (add'l) | 05/02/18 | J | | |
| 29. | A | Dividend | | | Buy (add'l) | 06/04/18 | J | | |
| 30. | A | Dividend | | | Buy (add'l) | 07/03/18 | J | | |
| 31. | A | Dividend | | | Buy (add'l) | 08/02/18 | J | | |
| 32. | A | Dividend | | | Buy (add'l) | 09/05/18 | J | | |
| 33. | A | Dividend | | | Buy (add'l) | 10/02/18 | J | | |
| 34. | A | Dividend | | | Sold | 11/05/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ryu, Donna M. | 07/31/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Fidelity US Bond Index Fund (FXNAX) | A | Dividend | J | T | Buy | 11/05/18 | J | | |
| 36. -Vanguard Emerging Markets Stock Index Fund (VEMAX) | A | Dividend | J | T | Buy (add'l) | 02/28/18 | J | | |
| 37. | A | Dividend | J | T | Buy (add'l) | 03/26/18 | J | | |
| 38. | A | Dividend | J | T | Buy (add'l) | 06/22/18 | J | | |
| 39. | A | Dividend | J | T | Buy (add'l) | 09/26/18 | J | | |
| 40. | A | Dividend | J | T | Buy (add'l) | 12/24/18 | J | | |
| 41. -Vanguard BD Index Short Term BD ETF (BSV) | A | Dividend | J | T | Buy | 08/02/18 | J | | |
| 42. | A | Dividend | J | T | Buy (add'l) | 09/07/18 | J | | |
| 43. | A | Dividend | J | T | Buy (add'l) | 10/05/18 | J | | |
| 44. | A | Dividend | J | T | Buy (add'l) | 11/06/18 | J | | |
| 45. | A | Dividend | J | T | Buy (add'l) | 12/06/18 | J | | |
| 46. | A | Dividend | J | T | Buy (add'l) | 12/31/18 | J | | |
| 47. -Vanguard Index Md-Cap ETF (VO) | A | Dividend | J | T | Buy | 08/02/18 | J | | |
| 48. | A | Dividend | J | T | Buy (add'l) | 10/03/18 | J | | |
| 49. | A | Dividend | J | T | Buy (add'l) | 12/28/18 | J | | |
| 50. -Cash Account FlexInsured CFID | A | Dividend | J | T | Buy | 01/12/18 | J | | |
| 51. | A | Dividend | J | T | Sold (part) | 01/16/18 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ryu, Donna M. | 07/31/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | A | Dividend | J | T | Buy (add'l) | 01/17/18 | J | | |
| 53. | A | Dividend | J | T | Buy (add'l) | 02/07/18 | J | | |
| 54. | A | Dividend | J | T | Buy (add'l) | 02/15/18 | J | | |
| 55. | A | Dividend | J | T | Buy (add'l) | 02/26/18 | J | | |
| 56. | A | Dividend | J | T | Buy (add'l) | 02/27/18 | J | | |
| 57. | A | Dividend | J | T | Sold (part) | 02/28/18 | J | A | |
| 58. | A | Dividend | J | T | Buy (add'l) | 03/02/18 | J | | |
| 59. | A | Dividend | J | T | Buy (add'l) | 03/14/18 | J | | |
| 60. | A | Dividend | J | T | Buy (add'l) | 03/15/18 | J | | |
| 61. | A | Dividend | J | T | Buy (add'l) | 04/13/18 | J | | |
| 62. | A | Dividend | J | T | Sold (part) | 04/16/18 | J | A | |
| 63. | A | Dividend | J | T | Buy (add'l) | 05/16/18 | J | | |
| 64. | A | Dividend | J | T | Buy (add'l) | 06/18/18 | J | | |
| 65. | A | Dividend | J | T | Buy (add'l) | 06/18/18 | J | | |
| 66. | A | Dividend | J | T | Buy (add'l) | 07/13/18 | J | | |
| 67. | A | Dividend | J | T | Sold (part) | 07/17/18 | J | A | |
| 68. | A | Dividend | J | T | Buy (add'l) | 07/24/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ryu, Donna M. | 07/31/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | A | Dividend | J | T | Buy (add'l) | 08/06/18 | J | | |
| 70. | A | Dividend | J | T | Buy (add'l) | 08/16/18 | J | | |
| 71. | A | Dividend | J | T | Buy (add'l) | 08/17/18 | J | | |
| 72. | A | Dividend | J | T | Buy (add'l) | 09/10/18 | J | | |
| 73. | A | Dividend | J | T | Buy (add'l) | 09/14/18 | J | | |
| 74. | A | Dividend | J | T | Buy (add'l) | 10/04/18 | J | | |
| 75. | A | Dividend | J | T | Buy (add'l) | 10/09/18 | J | | |
| 76. | A | Dividend | J | T | Buy (add'l) | 10/15/18 | J | | |
| 77. | A | Dividend | J | T | Buy (add'l) | 10/16/18 | J | | |
| 78. | A | Dividend | J | T | Buy (add'l) | 11/07/18 | J | | |
| 79. | A | Dividend | J | T | Buy (add'l) | 11/15/18 | J | | |
| 80. | A | Dividend | J | T | Sold (part) | 11/28/18 | J | A | |
| 81. | A | Dividend | J | T | Buy (add'l) | 12/04/18 | J | | |
| 82. | A | Dividend | J | T | Buy (add'l) | 12/07/18 | J | | |
| 83. | A | Dividend | J | T | Buy (add'l) | 12/17/18 | J | | |
| 84. | A | Dividend | J | T | Buy (add'l) | 12/20/18 | J | | |
| 85. | A | Dividend | J | T | Buy (add'l) | 12/31/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ryu, Donna M. | 07/31/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | | | | | |
| 87.  Brokerage--IRA Rollover (H) | | | | | | | | | |
| 88.  -VANGUARD MALVERN FDS STRM (VTIP) | A | Dividend | J | T | Buy (add'l) | 06/21/18 | J | | |
| 89. | A | Dividend | J | T | Buy (add'l) | 09/27/18 | J | | |
| 90. | A | Dividend | J | T | Buy (add'l) | 10/12/18 | J | | |
| 91. | A | Dividend | J | T | Buy (add'l) | 12/18/18 | J | | |
| 92. | A | Dividend | J | T | Sold (part) | 12/21/18 | J | A | |
| 93.  -SPDR GOLD TR GOLD SHS (GLD) | | | J | T | Buy (add'l) | 10/08/18 | J | | |
| 94. | | | J | T | Buy (add'l) | 11/14/18 | J | | |
| 95.  -ISHARES TR MSCI USA VALUE FACTOR ETF (VLUE) | A | Dividend | J | T | Buy (add'l) | 03/12/18 | J | | |
| 96. | A | Dividend | J | T | Sold (part) | 03/26/18 | J | A | |
| 97. | A | Dividend | J | T | Buy (add'l) | 03/28/18 | J | | |
| 98. | A | Dividend | J | T | Buy (add'l) | 04/25/18 | J | | |
| 99. | A | Dividend | J | T | Buy (add'l) | 07/02/18 | J | | |
| 100. | A | Dividend | J | T | Buy (add'l) | 10/02/18 | J | | |
| 101. | A | Dividend | J | T | Sold (part) | 12/06/18 | J | A | |
| 102. | A | Dividend | J | T | Sold (part) | 12/17/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ryu, Donna M. | 07/31/2019 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | A | Dividend | J | T | Buy (add'l) | 12/21/18 | J | | |
| 104. -ISHARES TR MSCI USA QUALITY FACTOR ETF (QUAL) | A | Dividend | | | Sold (part) | 02/09/18 | J | A | |
| 105. | A | Dividend | | | Sold (part) | 03/23/18 | J | A | |
| 106. | A | Dividend | | | Buy (add'l) | 03/28/18 | J | | |
| 107. | A | Dividend | | | Buy (add'l) | 05/11/18 | K | | |
| 108. | A | Dividend | | | Buy (add'l) | 07/02/18 | J | | |
| 109. | A | Dividend | | | Sold (part) | 08/13/18 | J | A | |
| 110. | A | Dividend | | | Buy (add'l) | 10/02/18 | J | | |
| 111. | A | Dividend | | | Sold (part) | 10/25/18 | J | A | |
| 112. | A | Dividend | | | Sold | 12/17/18 | J | A | |
| 113. -INDEX IQ ETF TR IQ MERGER ARBITRAGE ETF (MNA) | A | Dividend | J | T | Buy (add'l) | 01/04/18 | J | | |
| 114. -CLS FLEXIBLE INCOME FUND CLASS N (CLFLX) | A | Dividend | L | T | Buy (add'l) | 02/28/18 | J | | |
| 115. | A | Dividend | L | T | Buy (add'l) | 03/29/18 | J | | |
| 116. | A | Dividend | L | T | Buy (add'l) | 04/30/18 | J | | |
| 117. | A | Dividend | L | T | Buy (add'l) | 05/31/18 | J | | |
| 118. | A | Dividend | L | T | Buy (add'l) | 06/29/18 | J | | |
| 119. | A | Dividend | L | T | Buy (add'l) | 07/31/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ryu, Donna M. | 07/31/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | A | Dividend | L | T | Buy (add'l) | 08/31/18 | J | | |
| 121. | A | Dividend | L | T | Buy (add'l) | 09/28/18 | J | | |
| 122. | A | Dividend | L | T | Buy (add'l) | 10/31/18 | J | | |
| 123. | A | Dividend | L | T | Buy (add'l) | 11/30/18 | J | | |
| 124. | A | Dividend | L | T | Buy (add'l) | 12/27/18 | J | | |
| 125. -CLS GROWTH AND INCOME FUND CLASS N (CLERX) | A | Dividend | L | T | Buy (add'l) | 12/27/18 | J | | |
| 126. -CLS GLOBAL DIVERSIFIED EQUITY FUND CLASS N (CLSAX) | A | Dividend | L | T | Sold (part) | 12/04/18 | J | A | |
| 127. | A | Dividend | L | T | Buy (add'l) | 12/27/18 | J | | |
| 128. -ISHARES TR MSCI EAFE ETF (IEFA) | A | Dividend | | | Sold | 02/13/18 | J | A | |
| 129. -COLUMBIA ADAPTIVE ALTS FUND (CLFUX) | A | Dividend | | | Sold (part) | 10/08/18 | J | A | |
| 130. | A | Dividend | | | Sold | 11/14/18 | J | A | |
| 131. -CLS GLOBAL AGGRESSIVE EQUTY (CLACX) | A | Dividend | K | T | Buy (add'l) | 12/27/18 | J | | |
| 132. -GLOBAL LONG/SHORT CREDIT - CLASS A (BGCAX) | A | Dividend | J | T | Buy (add'l) | 12/24/18 | J | | |
| 133. -ISHARES INC CORE MSCI MMKT (IEMG) | A | Dividend | | | Sold | 02/09/18 | K | A | |
| 134. -ISHARES TR MSCI ACWIETF (ACWI) | A | Dividend | J | T | Sold (part) | 02/01/18 | J | A | |
| 135. | A | Dividend | J | T | Buy (add'l) | 11/27/18 | J | | |
| 136. | A | Dividend | J | T | Sold (part) | 12/20/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ryu, Donna M. | 07/31/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | A | Dividend | J | T | Buy (add'l) | 12/24/18 | J | | |
| 138. -RYDEX ETF TR GUGGENHEIM S&P 500/INVESCO EXC TRADE S&P 500 ETF (RSP) | A | Dividend | | | Sold (part) | 03/14/18 | K | A | |
| 139. | A | Dividend | | | Buy (add'l) | 03/29/18 | K | | |
| 140. | A | Dividend | | | Buy (add'l) | 06/29/18 | K | | |
| 141. | A | Dividend | | | Sold (part) | 08/13/18 | K | A | |
| 142. | A | Dividend | | | Buy (add'l) | 09/13/18 | K | | |
| 143. | A | Dividend | | | Sold | 10/25/18 | K | A | |
| 144. -RYDEX ETF TR GUGGENHEIM S&P 500 PURE VALUE ETF (RPV) | | | | | Sold | 02/06/18 | K | A | |
| 145. -JOHN HANCOCK ABSOLUTE RETURN CURRENCY FUND CLASS A (JCUAX) | A | Dividend | J | T | Buy (add'l) | 12/21/18 | J | | |
| 146. -AQR MANAGED FUTURES STRATEGY FUND I (AQMIX) | | | | | Sold | 04/02/18 | J | A | |
| 147. -BLACKSTONE ALTERNATIVE MULTI-STRATEGY INST CLASS (BXMIX) | A | Dividend | J | T | Buy (add'l) | 12/19/18 | J | | |
| 148. -CLS INTERNATIONAL EQUITY FUND CLASS N (CLHAX) | A | Dividend | J | T | Buy (add'l) | 12/04/18 | J | | |
| 149. | A | Dividend | J | T | Buy (add'l) | 12/27/18 | J | | |
| 150. -SPDR SERIES TRUST BLMBRG BRC CNVRT (CWB) | A | Dividend | | | Buy (add'l) | 03/07/18 | J | | |
| 151. | A | Dividend | | | Buy (add'l) | 04/06/18 | J | | |
| 152. | A | Dividend | | | Buy (add'l) | 05/07/18 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ryu, Donna M. | 07/31/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 153. | A | Dividend | | | Buy (add'l) | 06/07/18 | J | | |
| 154. | A | Dividend | | | Buy (add'l) | 07/09/18 | J | | |
| 155. | A | Dividend | | | Buy (add'l) | 08/07/18 | J | | |
| 156. | A | Dividend | | | Buy (add'l) | 09/10/18 | J | | |
| 157. | A | Dividend | | | Buy (add'l) | 10/05/18 | J | | |
| 158. | A | Dividend | | | Buy (add'l) | 11/07/18 | J | | |
| 159. | A | Dividend | | | Sold | 12/21/18 | J | A | |
| 160. -BARCLAYS BK PLX DJUBS CMDT ETN36 (DJP) | | | | | Sold | 11/26/18 | J | A | |
| 161. -ISHARES TR MSCI EAFEVALUE ETF (EFV) | A | Dividend | | | Sold (part) | 02/06/18 | J | A | |
| 162. | A | Dividend | | | Buy (add'l) | 11/27/18 | J | | |
| 163. | A | Dividend | | | Buy (add'l) | 12/24/18 | J | | |
| 164. | A | Dividend | | | Sold | 12/26/18 | J | A | |
| 165. -EATON VANCE GLOBAL MACRO ABSOLUTE RETURN ADV FUND CL I (EGRIX) | | | | | Buy | 04/27/18 | J | | |
| 166. | | | | | Sold | 11/14/18 | J | A | |
| 167. -JP MORGAN RESEARCH MARKET NEUTRAL FUND CLASS A (JMNAX) | | | | | Sold | 04/27/18 | J | A | |
| 168. -POWERSHARES GLOBAL EXCHANGE TRADED FD TR S&P 500 (PBP) | A | Dividend | | | Buy | 01/02/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 169. | A | Dividend | | | Buy (add'l) | 10/18/18 | J | | |
| 170. | A | Dividend | | | Sold | 12/24/18 | J | A | |
| 171. -HORIZONS ETF TR I HORIZONS NASDAQ 100 COVERED CALL ETF (QYLD) | A | Dividend | | | Buy (add'l) | 01/30/18 | J | | |
| 172. | A | Dividend | | | Buy (add'l) | 02/27/18 | J | | |
| 173. | A | Dividend | | | Buy (add'l) | 03/27/18 | J | | |
| 174. | A | Dividend | | | Buy (add'l) | 05/01/18 | J | | |
| 175. | A | Dividend | | | Buy (add'l) | 05/29/18 | J | | |
| 176. | A | Dividend | | | Buy (add'l) | 06/26/18 | J | | |
| 177. | A | Dividend | | | Buy (add'l) | 07/31/18 | J | | |
| 178. | A | Dividend | | | Buy (add'l) | 08/28/18 | J | | |
| 179. | A | Dividend | | | Buy (add'l) | 10/02/18 | J | | |
| 180. | A | Dividend | | | Sold | 10/12/18 | J | A | |
| 181. -POWERSHARES/INVESCO EXC-TRADED FD TR II S&P 500 LOW VOLATILITY (SPLV) | A | Dividend | J | T | Buy | 02/01/18 | J | | |
| 182. | A | Dividend | J | T | Buy (add'l) | 02/06/18 | J | | |
| 183. | A | Dividend | J | T | Buy (add'l) | 02/09/18 | J | | |
| 184. | A | Dividend | J | T | Buy (add'l) | 02/28/18 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ryu, Donna M. | 07/31/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 185. | A | Dividend | J | T | Sold (part) | 03/12/18 | J | A | |
| 186. | A | Dividend | J | T | Buy (add'l) | 03/29/18 | J | | |
| 187. | A | Dividend | J | T | Sold (part) | 04/25/18 | J | A | |
| 188. | A | Dividend | J | T | Buy (add'l) | 04/30/18 | J | | |
| 189. | A | Dividend | J | T | Buy (add'l) | 05/31/18 | J | | |
| 190. | A | Dividend | J | T | Buy (add'l) | 06/22/18 | J | | |
| 191. | A | Dividend | J | T | Buy (add'l) | 06/29/18 | J | | |
| 192. | A | Dividend | J | T | Sold (part) | 07/23/18 | J | A | |
| 193. | A | Dividend | J | T | Buy (add'l) | 07/31/18 | J | | |
| 194. | A | Dividend | J | T | Buy (add'l) | 08/31/18 | J | | |
| 195. | A | Dividend | J | T | Buy (add'l) | 09/28/18 | J | | |
| 196. | A | Dividend | J | T | Buy (add'l) | 10/05/18 | J | | |
| 197. | A | Dividend | J | T | Buy (add'l) | 10/31/18 | J | | |
| 198. | A | Dividend | J | T | Buy (add'l) | 11/30/18 | J | | |
| 199. | A | Dividend | J | T | Buy (add'l) | 12/10/18 | J | | |
| 200. | A | Dividend | J | T | Buy (add'l) | 12/31/18 | J | | |
| 201. -ISHARES EDGE MSCI MIN VOL ETF AVG (ACWV) | A | Dividend | J | T | Buy | 02/06/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ryu, Donna M. | 07/31/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 202. | A | Dividend | J | T | Sold (part) | 03/12/18 | J | A | |
| 203. | A | Dividend | J | T | Buy (add'l) | 03/14/18 | J | | |
| 204. | A | Dividend | J | T | Buy (add'l) | 06/25/18 | J | | |
| 205. | A | Dividend | J | T | Sold (part) | 08/08/18 | J | A | |
| 206. | A | Dividend | J | T | Buy (add'l) | 08/13/18 | J | | |
| 207. | A | Dividend | J | T | Sold (part) | 09/13/18 | J | A | |
| 208. | A | Dividend | J | T | Buy (add'l) | 10/11/18 | J | | |
| 209. | A | Dividend | J | T | Buy (add'l) | 10/12/18 | J | | |
| 210. | A | Dividend | J | T | Sold (part) | 11/27/18 | J | A | |
| 211. | A | Dividend | J | T | Buy (add'l) | 12/10/18 | J | | |
| 212. | A | Dividend | J | T | Buy (add'l) | 12/24/18 | J | | |
| 213. -ASG MANAGED FUTURES FUND Y (ASFYX) | A | Dividend | | | Buy | 03/29/18 | J | | |
| 214. | A | Dividend | | | Buy (add'l) | 04/11/18 | J | | |
| 215. | A | Dividend | | | Sold | 10/26/18 | J | A | |
| 216. -SPDR BLOOMBERG BARCLAYS 1-3 MNTH T BILL ETF (BIL) | A | Dividend | K | T | Buy | 12/17/18 | J | | |
| 217. | | Dividend | K | T | Buy (add'l) | 12/26/18 | J | | |
| 218. -ISHARES MSCI EAFE MIN VOL ETF AVG (EFAV) | | | | | Buy | 05/16/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ryu, Donna M. | 07/31/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 219. | | | | | Sold | 06/15/18 | J | A | |
| 220. -SCHWAB STRATEGIC TR SCHWAB FUNDAMENTAL US SMALL CO INDEX ETF (FNDA) | A | Dividend | J | T | Buy | 07/18/18 | J | | |
| 221. | A | Dividend | J | T | Sold (part) | 12/10/18 | J | A | |
| 222. -GOLDMAN SACHS ABSOLUTE RETURN TRACKER FD (GJRTX) | A | Dividend | J | T | Buy | 11/14/18 | J | | |
| 223. | A | Dividend | J | T | Buy (add'l) | 12/12/18 | J | | |
| 224. | A | Dividend | J | T | Buy (add'l) | 12/31/18 | J | | |
| 225. -ISHARES/HORIZONS ETF S&P 500 (HSPX) | | | J | T | Buy | 12/21/18 | J | | |
| 226. -ISHARES TR CONV BD ETF (ICVT) | | | J | T | Buy | 12/21/18 | J | | |
| 227. -JOHN HANCOCK GLOBAL ABSOLUTE RETURN (JHAIX) | | | J | T | Buy | 11/14/18 | J | | |
| 228. -JP MORGAN EXCHANGE TRADED FD INTL EQUITY ETF (JPIN) | A | Dividend | K | T | Buy | 03/12/18 | K | | |
| 229. | A | Dividend | K | T | Sold (part) | 10/12/18 | K | A | |
| 230. -ISHARES TR EDGE MSCIUSA MOMENTUM FACTOR ETF (MTUM) | A | Dividend | | | Buy | 03/12/18 | K | | |
| 231. | A | Dividend | | | Sold | 06/22/18 | K | A | |
| 232. | A | Dividend | | | Buy | 08/08/18 | K | | |
| 233. | A | Dividend | | | Sold | 10/05/18 | K | A | |
| 234. | A | Dividend | | | Buy | 11/29/18 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 18 of 26

Name of Person Reporting

Ryu, Donna M.

Date of Report

07/31/2019

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 235. | A | Dividend | | | Sold | 12/20/18 | K | A | |
| 236. -WISDOMTREE TR CBOE S&P500 (PUTW) | | | J | T | Buy | 12/24/18 | J | | |
| 237. -POWERSHARES EXCHANGE TRADED FD TR II FTSERAFI EMERGING MARKETS (PXH) | A | Dividend | | | Buy | 03/12/18 | K | | |
| 238. | A | Dividend | | | Sold | 05/16/18 | K | A | |
| 239. | A | Dividend | | | Buy | 06/15/18 | K | | |
| 240. | A | Dividend | | | Sold (part) | 12/10/18 | K | A | |
| 241. | A | Dividend | | | Sold | 12/17/18 | K | A | |
| 242. -ISHARES TR SHORT TREAS (SHV) | | | K | T | Buy | 12/20/18 | K | | |
| 243. -ISHARES TR MSCI USA MIN VOL ETF (USMV) | | | K | T | Buy | 02/07/18 | K | | |
| 244. | | | K | T | Buy (add'l) | 02/09/18 | J | | |
| 245. | | | K | T | Sold (part) | 03/12/18 | K | A | |
| 246. | | | K | T | Buy (add'l) | 03/23/18 | K | | |
| 247. | | | K | T | Sold (part) | 05/11/18 | K | A | |
| 248. | | | K | T | Buy (add'l) | 10/25/18 | K | | |
| 249. | | | K | T | Sold (part) | 11/29/18 | K | A | |
| 250. | | | K | T | Buy (add'l) | 12/06/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ryu, Donna M. | 07/31/2019 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 251. -VANGUARD INTL EQUITY INDEX FDS GLOBAL EX-US REAL ESTATE ETF (VNQI) | A | Dividend | | | Buy | 03/12/18 | K | | |
| 252. | A | Dividend | | | Sold | 10/11/18 | K | A | |
| 253. -FEDERATED TREASURY OBLIGATIONS | | | J | T | Sold (part) | 01/02/18 | J | A | |
| 254. | | | J | T | Sold (part) | 01/16/18 | J | A | |
| 255. | | | J | T | Buy (add'l) | 01/22/18 | J | | |
| 256. | | | J | T | Buy (add'l) | 01/23/18 | J | | |
| 257. | | | J | T | Buy (add'l) | 01/25/18 | J | | |
| 258. | | | J | T | Buy (add'l) | 01/31/18 | J | | |
| 259. | | | J | T | Buy (add'l) | 02/06/18 | J | | |
| 260. | | | J | T | Sold (part) | 02/18/18 | J | A | |
| 261. | | | J | T | Sold (part) | 02/13/18 | J | A | |
| 262. | | | J | T | Buy (add'l) | 02/20/18 | J | | |
| 263. | | | J | T | Buy (add'l) | 02/23/18 | J | | |
| 264. | | | J | T | Buy (add'l) | 02/28/18 | J | | |
| 265. | | | J | T | Buy (add'l) | 03/01/18 | J | | |
| 266. | | | J | T | Buy (add'l) | 03/08/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ryu, Donna M. | 07/31/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 267. | | | J | T | Buy (add'l) | 03/15/18 | J | | |
| 268. | | | J | T | Buy (add'l) | 03/19/18 | J | | |
| 269. | | | J | T | Buy (add'l) | 03/20/18 | J | | |
| 270. | | | J | T | Sold (part) | 03/27/18 | J | A | |
| 271. | | | J | T | Buy (add'l) | 03/29/18 | J | | |
| 272. | | | J | T | Sold (part) | 04/02/18 | J | A | |
| 273. | | | J | T | Buy (add'l) | 04/09/18 | J | | |
| 274. | | | J | T | Sold (part) | 04/16/18 | J | A | |
| 275. | | | J | T | Buy (add'l) | 04/17/18 | J | | |
| 276. | | | J | T | Buy (add'l) | 04/20/18 | J | | |
| 277. | | | J | T | Buy (add'l) | 04/23/18 | J | | |
| 278. | | | J | T | Buy (add'l) | 04/30/18 | J | | |
| 279. | | | J | T | Buy (add'l) | 05/02/18 | J | | |
| 280. | | | J | T | Buy (add'l) | 05/08/18 | J | | |
| 281. | | | J | T | Buy (add'l) | 05/14/18 | J | | |
| 282. | | | J | T | Buy (add'l) | 05/16/18 | J | | |
| 283. | | | J | T | Buy (add'l) | 05/17/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 284. | | | J | T | Sold (part) | 05/18/18 | J | A | |
| 285. | | | J | T | Sold (part) | 05/21/18 | J | A | |
| 286. | | | | | | | | | |
| 287.  Brokerage--Roth IRA (H) | | | | | | | | | |
| 288.  -Vanguard Total International Stock Index Fund ETF (VXUS) | A | Dividend | J | T | Buy (add'l) | 04/02/18 | J | | |
| 289. | A | Dividend | J | T | Buy (add'l) | 06/27/18 | J | | |
| 290. | A | Dividend | J | T | Buy (add'l) | 10/01/18 | J | | |
| 291. | A | Dividend | J | T | Buy (add'l) | 12/28/18 | J | | |
| 292.  -Vanguard Total Stock Market ETF (VTI) | A | Dividend | J | T | Sold (part) | 01/10/18 | J | | |
| 293. | A | Dividend | J | T | Buy (add'l) | 03/27/18 | J | | |
| 294. | A | Dividend | J | T | Buy (add'l) | 06/27/18 | J | | |
| 295. | A | Dividend | J | T | Buy (add'l) | 10/03/18 | J | | |
| 296. | A | Dividend | J | T | Buy (add'l) | 12/28/18 | J | | |
| 297.  -Vanguard Total Bond Market ETF (BND) | A | Dividend | J | T | Buy (add'l) | 01/10/18 | J | | |
| 298. | A | Dividend | J | T | Buy (add'l) | 02/06/18 | J | | |
| 299. | A | Dividend | J | T | Buy (add'l) | 03/06/18 | J | | |
| 300. | A | Dividend | J | T | Buy (add'l) | 04/05/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 301. | A | Dividend | J | T | Buy (add'l) | 05/04/18 | J | | |
| 302. | A | Dividend | J | T | Buy (add'l) | 06/06/18 | J | | |
| 303. | A | Dividend | J | T | Buy (add'l) | 07/06/18 | J | | |
| 304. | A | Dividend | J | T | Buy (add'l) | 08/06/18 | J | | |
| 305. | A | Dividend | J | T | Buy (add'l) | 09/06/18 | J | | |
| 306. | A | Dividend | J | T | Buy (add'l) | 10/04/18 | J | | |
| 307. | A | Dividend | J | T | Buy (add'l) | 11/06/18 | J | | |
| 308. | A | Dividend | J | T | Buy (add'l) | 12/06/18 | J | | |
| 309. | A | Dividend | J | T | Buy (add'l) | 12/31/18 | J | | |
| 310. -Vanguard Total International Bond Index ETF (BNDX) | A | Dividend | J | T | Buy (add'l) | 02/08/18 | J | | |
| 311. | A | Dividend | J | T | Buy (add'l) | 03/06/18 | J | | |
| 312. | A | Dividend | J | T | Buy (add'l) | 04/05/18 | J | | |
| 313. | A | Dividend | J | T | Buy (add'l) | 05/04/18 | J | | |
| 314. | A | Dividend | J | T | Buy (add'l) | 06/06/18 | J | | |
| 315. | A | Dividend | J | T | Buy (add'l) | 07/06/18 | J | | |
| 316. | A | Dividend | J | T | Buy (add'l) | 08/06/18 | J | | |
| 317. | A | Dividend | J | T | Buy (add'l) | 09/07/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ryu, Donna M. | 07/31/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 318. | A | Dividend | J | T | Buy (add'l) | 10/05/18 | J | | |
| 319. | A | Dividend | J | T | Buy (add'l) | 11/06/18 | J | | |
| 320. | A | Dividend | J | T | Buy (add'l) | 12/06/18 | J | | |
| 321. | A | Dividend | J | T | Buy (add'l) | 12/31/18 | J | | |
| 322. -Money Market/FDIC Insured Bank Deposit Fund (CFIQ) (PER989909) | | | J | T | Buy | 05/21/18 | J | | |
| 323. | | | J | T | Buy (add'l) | 06/07/18 | J | | |
| 324. | | | J | T | Buy (add'l) | 06/28/18 | J | | |
| 325. | | | J | T | Buy (add'l) | 07/09/18 | J | | |
| 326. | | | J | T | Sold (part) | 07/17/18 | J | A | |
| 327. | | | J | T | Buy (add'l) | 08/07/18 | J | | |
| 328. | | | J | T | Buy (add'l) | 09/07/18 | J | | |
| 329. | | | J | T | Buy (add'l) | 09/10/18 | J | | |
| 330. | | | J | T | Buy (add'l) | 10/02/18 | J | | |
| 331. | | | J | T | Buy (add'l) | 10/04/18 | J | | |
| 332. | | | J | T | Buy (add'l) | 10/05/18 | J | | |
| 333. | | | J | T | Buy (add'l) | 10/09/18 | J | | |
| 334. | | | J | T | Sold (part) | 10/16/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ryu, Donna M. | 07/31/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 335. | | | J | T | Sold (part) | 10/23/18 | J | A | |
| 336. | | | J | T | Buy (add'l) | 11/07/18 | J | | |
| 337. | | | J | T | Buy (add'l) | 12/31/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ryu, Donna M. | 07/31/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I:

Line 1: Trust for the benefit of family member.

-I am not the owner or grantor of the trust, I am solely the co-trustee of a revocable trust created for the benefit of a familty member.

-I am a co-trustee for the convenience of my family member, and I have not received any income through the trust or trust assets. In an abundance of caution, I had previously listed the trust property (my mother's house) in Section VII, but that have since been instructed not to list the house in Section VII, since it is not an investment, and I do not receive any income of any kind from the house or the trust.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Donna M. Ryu**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544